# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1646
_____

CITRUS WORLD, INC. d.b.a.
FLORIDA'S NATURAL GROWERS
and CORVEL CORPORATION,

Appellants,

v.

ELIZABETH WINNINGHAM,

Appellee.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: July 20, 2018; March 25, 2019.

April 8, 2024

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————

Thomas P. Vecchio and Juliana L. Curtis of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellants.

Bradley G. Smith and Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Appellee.